UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL No. 40 HEALTH FUND,
TRUSTEES OF THE SHEET METAL INDUSTRY
APPRENTICE AND TRAINING FUND, TRUSTEES
OF THE SHEET METAL WORKERS' LOCAL No. 40
PENSION FUND, TRUSTEES OF THE SHEET METAL WORKERS'
LOCAL No. 40 SUPPLEMENTAL RETIRMENT FUND,

                    Plaintiffs,
    V.                                        Case No. 3:18cv00698 (WWE)

PROVIDENCE INSTALL, LLC

                    Defendant.

Default Judgment

Defendant Providence Install, LLC, having failed to plead or otherwise defend in this action and their default having been entered on June 5, 2018;

Now, upon application of the Plaintiffs and Affidavits demonstrating that the Plaintiff Funds are owed the sum of $25,054.22 for January and February 2016 contributions; $13,957.62 in interest; $501.82 in legal costs; and $2,000.00 for attorney's fees, it is hereby;

ORDERED, ADJUDGED AND DECREED that judgment enter in favor of the Plaintiffs, Trustees of the Sheet Metal Workers' Local No. 40 Health Fund, Trustees of the Sheet Metal Industry Apprentice and Training Fund, Trustees of the Sheet Metal Workers' Local No. 40 Pension Fund, Trustees of the Sheet Metal Workers' Local No. 40 Supplemental Retirement Fund and against Defendant Providence Install, LLC in the amount of $25,054.22, interest in the amount of $13,957.62, legal costs in the amount of

EOD: 7/9/2018

$501.82, and attorney's fees in the amount of $2,000.00, for a total Judgment of $41,513.66.

Dated at Bridgeport, Connecticut, this 9th day of July 2018.

ROBIN D. TABORA, Clerk
By: /s/ Kristen Gould
Kristen Gould
Deputy Clerk
